BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491

Email:  rohlfing_office@msn.com

Attorney for WLLIAM T. MATTHEWS, III

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM T. MATTHEWS, III, | Case No.: 05 CV 1086 DLB |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation to Dismiss ("Stipulation"),
**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice, and subject to the terms and conditions of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 22, 2006**          **/s/ Dennis L. Beck**

3c0hj8                    UNITED STATES MAGISTRATE JUDGE

-1-